[No. 74319-8-I.   Division One.   November 14, 2016.]

THE STATE OF WASHINGTON, *Appellant*, v. WILLIAM FREDERICK JENSEN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-07644-5, Janet M. Helson, J., entered November 9, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Dwyer, J., concurred in by Verellen, C.J., and Leach, J.

[No. 74414-3-I.   Division One.   November 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ALLEN BEA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-02661-3, Monica J. Benton, J., entered December 4, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Becker, J., concurred in by Appelwick and Spearman, JJ.

[No. 74457-7-I.   Division One.   November 14, 2016.]

*In the Matter of the Dependency of* L.A.D.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. ASHLEY DUKELLIS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 14-7-00210-1, Deborra Garrett, J., entered December 4, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Appelwick and Mann, JJ.